STATE v. DAVIS

No. 487P96

Case below: 124 N.C.App. 93

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997. Motion by Attorney General to dismiss appeal allowed 7 February 1997.

STATE v. ELLISON

No. 469P96

Case below: 122 N.C.App. 638

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 February 1997.

STATE v. EVANS

No. 508P96

Case below: 123 N.C.App. 355

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 February 1997.

STATE v. FACON

No. 509P96

Case below: 124 N.C.App. 459

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

STATE v. FARLEY

No. 507A96

Case below: 124 N.C.App. 459

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 February 1997.